Albert J. Berryman    #050119
BAKER MANOCK & JENSEN. P.C.
5260 North Palm Avenue, Suite 421
Fresno, California 93704
Telephone: (559) 432-5400
Facsimile: (559) 432-5620
E-mail: aberryman@bakermanock.com

Attorneys for: JIGISH SHAH and INDIRA SHAH, Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF HAWORTH,<br><br>      Plaintiff,<br><br>vs.<br><br><br>JIGISH SHAH and INDIRA SHAH,<br><br><br><br>      Defendants. | Case No.  1:08-CV-00570-AWI-SMS<br><br>STIPULATION AND ORDER FOR:<br><br>(1) WAIVER OF SERVICE OF SUMMONS;<br>(2) APPEARANCE BY DEFENDANTS;<br>(3) EXTENSION OF TIME TO RESPOND TO COMPLAINT;<br>(4) COMPLIANCE WITH SCHEDULING CONFERENCE ORDER<br><br>[No Hearing Required]<br><br>Judge:     Hon. Anthony Ishii<br>Magistrate Judge:   Hon. Sandra M. Snyder |

   IT IS STIPULATED by Plaintiff JEFF HAWORTH and Defendants JIGISH SHAH and INDIRA SHAH, through their respective attorneys of record, that:

   1.  The Defendants waive service of the Summons issued on May 9, 2008;

   2.  The Defendants hereby appear in this case;

   3.  Defendants' time to respond to the Summons and Complaint shall be extended to August 20, 2008, which is two weeks past the Court's Mandatory Scheduling Conference; and

1

4. The parties shall comply with the court's order filed on April 24, 2008, to relating to the mandatory Scheduling Conference set for August 6, 2008. *

Dated:   6/10   , 2008          /s/ Thomas N. Stewart III
                                Thomas N. Stewart, III
                                Attorney for Plaintiff Jeff Haworth

                                BAKER MANOCK & JENSEN, P.C.

Dated:   June 10   , 2008    By:   /s/ Albert J. Berryman
                                   Albert J. Berryman
                                   Attorneys for Defendants Jigish Shah
                                   and Indira Shah

**ORDER**

In consideration of the foregoing Stipulation,

IT IS SO ORDERED.

IT IS FURTHER ORDERED that the Initial Scheduling Conference Hearing date of August 6, 2008, continued by the court [6] on June 9, 2008 to August 20, 2008 is further continued to:  **October 8, 2008 at 9:30a.m. before Judge Snyder.**

IT IS SO ORDERED.

**Dated:   June 10, 2008**          /s/ **Sandra M. Snyder**
                                    UNITED STATES MAGISTRATE JUDGE