Albert J. Berryman    #050119
BAKER MANOCK & JENSEN. P.C.
5260 North Palm Avenue, Suite 421
Fresno, California 93704
Telephone: (559) 432-5400
Facsimile:  (559) 432-5620
E-mail: aberryman@bakermanock.com

Attorneys for: JIGISH SHAH and INDIRA SHAH, Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF HAWORTH,<br><br>                    Plaintiff,<br><br>   vs.<br><br>JIGISH SHAH and INDIRA SHAH,<br><br>                    Defendants. | Case No.  1:08-CV-00570-AWI-SMS<br><br>STIPULATION AND ORDER FOR:<br><br>(1) EXTENSION OF TIME TO<br>    RESPOND TO COMPLAINT;<br>(2) COMPLIANCE WITH SCHEDULING<br>    CONFERENCE ORDER *<br><br>[No Hearing Required]<br><br>Judge:              Hon. Anthony Ishii<br>Magistrate Judge:   Hon. Sandra M. Snyder |

IT IS STIPULATED by Plaintiff JEFF HAWORTH and Defendants JIGISH SHAH and INDIRA SHAH, through their respective attorneys of record, that:

1.      The Parties are engaged in ongoing discussions over a potential settlement, which they believe may resolve the issues raised in this case without the need for actual litigation.

2.      Defendants' time to respond to the Summons and Complaint shall be extended from August 20, 2008, to October 22, 2008, which is two weeks past the Court's presently scheduled Mandatory Scheduling Conference; and

3.     The parties shall comply with the court's order filed on April 24, 2008, to relating to the mandatory Scheduling Conference originally set for August 6, 2008, and which was first continued to August 20, 2008, and which was further continued to October 8, 2008, at 9:30 a.m.

Dated: August 12, 2008          /s/ Thomas N. Stewart III
                                Thomas N. Stewart, III
                                Attorney for Plaintiff Jeff Haworth

                                BAKER MANOCK & JENSEN, P.C.

Dated: August 11, 2008     By:  /s/ Albert J. Berryman
                                Albert J. Berryman
                                Attorneys for Defendants Jigish Shah
                                and Indira Shah

**ORDER**

In consideration of the foregoing Stipulation,

IT IS SO ORDERED.

FURTHER ORDERED THAT the Scheduling Conference is continued from October 8, 2008 to December 2, 2008 at 9:45a.m. before Judge Snyder. *

**Dated: August 15, 2008**          /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE

G:\docs\HHerman\ORDERS to be SIGNED\08cv0570.stipo.Haworthextnd dates.wpd 16421.0001

2